UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER A. CAVASOS,<br>　　　Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | No. 1:14-cv-104<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

As agreed upon by the parties, the Commissioner's decision is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff and against Defendant.

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**


Date:   June 18, 2014   　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge