UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER A. CAVASOS,           )<br>          Plaintiff,           )<br>                              )<br>-v-                           )<br>                              )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>          Defendant.          )<br>_____) | No. 1:14-cv-104<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Court's Order entered this date, **IT IS ORDERED** that an award of $2,462.50 in attorney fees is granted in favor of Plaintiff and against Defendant.

The award shall be added to the Judgment in favor of Plaintiff already entered in the case and shall be paid directly to Plaintiff.

**IT IS SO ORDERED**

Date:   September 23, 2014                          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge